UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALPHONSO JAMES, SR.,

        Petitioner,

vs.                                  Case No. 2:01-cv-383-FtM-29DNF
                                       Case No. 2:95-cr-33-FTM-29

UNITED STATES OF AMERICA,

        Respondent.
_____

**OPINION AND ORDER**

This matter comes before the Court on petitioner's application for certificate of appealability (Doc. #16), deemed included in the Notice of Appeal (Doc. #15) and filed on December 5, 2008. Also before the Court is petitioner's Motion for Leave to Appeal In Forma Pauperis and Financial Affidavit (Doc. #17).

Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues. The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). A court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a substantial showing, petitioner must "show that reasonable jurists could debate whether (or, for that matter, agree that) the

petitioner should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." Slack v. McDaniel, 529 U.S. 473, 484 (2000)(citation omitted).  Petitioner must prove something more than the absence of frivolity or the existence of mere good faith, but petitioner is not required to prove that some jurists would grant the petition for habeas corpus.  Miller-El, 537 U.S. at 338.

On October 13, 2008, the Court entered an Order (Doc. #14) granting in part and denying in part defendant-petitioner's Motion for a More Definite Statement and/or Findings of Facts Along with Conclusions of Law Pursuant to Fed. R. Civ. P. 12(e) and Fed. R. Civ. P. 52(a)(3), filed on September 19, 2008 in the criminal and associated civil case files (Cr. Doc. #287, Cv. Doc. #13).  Upon review, the Court finds that petitioner has failed to show that jurists of reason would find that the Court was incorrect in its procedural rulings.  Therefore, to the extent required, a certificate of appealability will be denied.  Since the Court has denied the certificate of appealability, the request to proceed *in forma pauperis* on appeal will be denied.

Accordingly, it is now

**ORDERED**:

1. Petitioner's application for certificate of appealability (Doc. #16), deemed included in the Notice of Appeal, is **DENIED.**

2.  Petitioner's Motion for Leave to Appeal In Forma Pauperis and Financial Affidavit (Doc. #17) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of December, 2008.

                                                                              *John E. Steele*
                                                                              JOHN E. STEELE
                                                                              United States District Judge

Copies:
USCA
Parties of Record